**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-550**


NORTHLAND INSURANCE COMPANY

VERSUS

JOHN RICHARD, JR. d/b/a ABLE MOBILE HOME MOVERS,
SHANE BOURGEOIS d/b/a ABLE MOBILE HOME MOVERS,
AND LLOYD'S UNDERWRITERS AT LONDON


**\*\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2002-1818,
HONORABLE DON AARON, JR., DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\*\***


**MICHAEL G. SULLIVAN
JUDGE**


**\*\*\*\*\*\*\*\*\*\*\***


Court composed of Billie Colombaro Woodard, Michael G. Sullivan, and Billy H. Ezell, Judges.


**Woodard, J., dissents.**

                                                            **AFFIRMED.**


> **Kevin O. Ainsworth**
> **Seale, Smith, Zuber & Barnette**
> **8550 United Plaza Boulevard, Suite 200**
> **Baton Rouge, Louisiana  70809**
> **(225) 924-1600**
> **Counsel for Plaintiff/Appellant:**
> **Northland Insurance Company**

**G. Douglas Dean**
**Dean Law Offices**
**Post Office Drawer 280**
**Opelousas, Louisiana  70571**
**(337) 942-5111**
**Counsel for Defendant/Appellant:**
     **John Richard, Jr.**
     **Shane Bourgeois**

**Jason P. Foote**
**Kevin L. Cole**
**Chopin, Wagar, Cole, Richard,**
  **Reboul & Kutcher**
**Two Lakeway Center, Suite 900**
**3850 North Causeway Boulevard**
**Metairie, Louisiana   70002**
**(504) 830-3838**
**Counsel for Defendant/Appellee:**
     **Certain Underwriters at Lloyd's, London**